# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Timothy Fixsen,                                     Case No. 24-CV-04284 (JMB/TNL)

       Plaintiff,

v.                                                   **ORDER OF DISMISSAL**

National Tax Debt, LLC;
Monterey Financial Services, LLC; and
Experian Information Solutions, Inc.;

       Defendants.

---

This matter is before the Court on Plaintiff Timothy Fixsen's and Defendants National Tax Debt LLC's, Monterey Financial Services LLC's and Experian Information Solutions Inc.'s Joint Stipulation for Dismissal of Defendant Experian Information Solutions Inc. (Doc. No. 24.) Plaintiff wishes to dismiss all claims against Defendant Experian Information Solution, Inc., raised in the Complaint (Doc. No. 1-1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that all claims against Defendant Experian Information Solutions, Inc., raised in the Complaint (Doc. No. 1-1) are DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Dated:  March 10, 2025                       /s/ *Jeffrey M. Bryan*
                                       Judge Jeffrey M. Bryan
                                       United States District Court